

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-33,535-05

### EX PARTE SAMUEL LYNN REAVES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. C-2-W011907-0780991-B IN THE CRIMINAL DISTRICT COURT NO. 2 FROM TARRANT COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young,* 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated, enhanced, and sentenced to twenty years' imprisonment. He did not appeal his conviction.

Applicant raises five grounds for relief. After an independent review of the record, we conclude that Applicant's first ground, concerning the denial of street time credit and the pending parole revocation proceedings, is without merit. Therefore, it is denied. Applicant's fourth allegation presents nothing for this Court to consider. Therefore, it is dismissed. Applicant's remaining grounds

are dismissed as subsequent. Tex. Code Crim. Proc. art. 11.07 § 4. Accordingly, the application is

denied in part and dismissed in part.

Filed: September 22, 2021
Do not publish.